IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLIE FRANK DARDY, # 116706, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:14-CV-277-WKW |
| ) | [WO] |
| PHYLLIS BILLUPS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On August 7, 2014 (Doc. # 18), the petitioner filed a motion to voluntarily dismiss his petition for writ of habeas corpus.  Thereafter, this court entered an order cautioning the petitioner of the potential consequences of dismissal of his petition pursuant to such a request and directing the petitioner to notify the court by August 22, 2014, whether, in light of the potential consequences, he nevertheless requests that his petition be dismissed without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.  (Doc. # 19.)  The requisite time has passed without the petitioner's having filed a response to the court's order.

Under the circumstances, and for good cause, it is ORDERED that:

1. The petitioner's motion to voluntarily dismiss (Doc. # 18) is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2); and

2. The petition for writ of habeas corpus (Doc. # 1) is DISMISSED without prejudice.

DONE this 11th day of September, 2014.

                                           /s/   W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE